## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01911-RPM

**GLACIER CONSTRUCTION COMPANY, a Colorado Corporation;**

    **Plaintiff,**

**vs.**

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation;**

    **Defendant.**

_____

## ORDER GRANTING MOTION TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT OUT OF TIME
_____

Upon review of Glacier Construction Company's Unopposed Motion for Leave to File Plaintiff's Cross-Motion for Summary Judgment Ten (10) Hours Out of Time [22] filed today, it is

ORDERED that the motion is granted and the tendered Plaintiff's Cross-Motion for Summary Judgment [21] is accepted for filing.

**Dated this 9th day of June, 2011.**

        **BY THE COURT:**

        **s/Richard P. Matsch**
        _____
        Richard P. Matsch, Senior Judge