# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

| | |
|---|---|
| Date: | August 30, 2011 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

_____

Civil Action No. 10-cv-01911-RPM

| | |
|---|---|
| GLACIER CONSTRUCTION COMPANY, a Colorado corporation, | Dennis B. Polk<br>Heather S. Hodgeon |

　　　　Plaintiff,

v.

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, | John M. Palmeri<br>Mary B. Fletcher |

　　　　Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**2:00 p.m.**　　　**Court in session.**

Court's preliminary remarks.

Statements by Mr. Polk regarding case facts.

Argument by Mr. Palmeri.
Argument by Mr. Polk.
Rebuttal argument by Mr. Palmeri.
Rebuttal argument by Mr. Polk.
Statement by Mr. Pameri.

**ORDERED:**　　Defendant's Motion for Summary Judgment, filed 6/8/2011 [20], is taken under advisement.

　　　　　　　　Plaintiff's Cross Motion for Summary Judgment, filed 6/9/2011 [21], is taken under advisement.

**2:45 p.m.**　　　**Court in recess.**

Hearing concluded.  Total time: 45 min.