IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-01911-RPM

GLACIER CONSTRUCTION COMPANY, a Colorado Corporation;

Plaintiff,

vs.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation;

Defendant.

## ORDER RE: <u>UNOPPOSED</u> MOTION TO AMEND EXPERT DISCLOSURE DEADLINES

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Amend Expert Disclosure Deadlines. The Court has reviewed the motion and reasons therefor, and noting Defendant Travelers does not oppose the requested relief, hereby GRANTS the Motion.

The expert disclosure deadlines, as set forth in the Court's Amended Scheduling Order entered on or about October 17, 2011 shall be amended as follows:

### 8. CASE PLAN AND SCHEDULE

    d.    Expert Witness Disclosure:

        (3)    The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or **before Monday, January 31, 2012.**

(4) The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ..P. 26(a)(2) on or before **Thursday, March 1, 2012**.

(5) Any rebuttal opinions will be exchanged on or before **Thursday, March 22, 2012**.

Dated this 18th day of January, 2012.

BY THE COURT:

_____
U.S. District Court Judge