IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01911-RPM

GLACIER CONSTRUCTION COMPANY, a Colorado corporation,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
a Connecticut corporation,

    Defendant.

---

## ORDER AMENDING EXPERT DISCLOSURE DEADLINES

---

Upon review of Plaintiff's Second Unopposed Motion to Amend Expert Disclosure Deadlines [36], it is

ORDERED that the Amended Scheduling Order Entered October 17, 2011, is amended as follows:

### 8. CASE PLAN AND SCHEDULE

    d.    Expert Witness Disclosure:

        (3)    The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before Tuesday, February 14, 2012.

        (4)    The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before Friday, March 16, 2012.

  (5) Any rebuttal opinions will be exchanged on or before Saturday, April 7, 2012.

Dated: February 10th, 2012

            BY THE COURT:

            s/Richard P. Matsch

            _____
            Richard P. Matsch, Senior District Judge