**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                          November 27, 2012
Courtroom Deputy:   Sabrina Grimm
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-01911-RPM

GLACIER CONSTRUCTION COMPANY,                                   Dennis B. Polk
a Colorado corporation,                                        Heather Hodgson

      Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,          John M. Palmeri
a Connecticut corporation,                                   Mary Byrne Fletcher

      Defendant.

_____

**COURTROOM MINUTES**
_____

**Trial to Jury - Day One**

**8:30 a.m.         Court in session.**

Plaintiff's and defendant's client representatives are present.

Court's preliminary remarks.

Counsel state no objections to Court's Statement of Case to jurors.

Court states its trial practices.

8:35 a.m.          Jurors present.

Statement of Case read to jurors by Court.

All jurors sworn for voir dire.

Fourteen jurors called to the jury box.

8:53 a.m.          Court voir dires jurors.

November 27, 2012
10-cv-01911-RPM

Court excuses jurors for cause:

      100238340
      100212896
      100216163
      100232799
      100228465
      100226991

10:37 a.m. to 10:38 a.m.     **Bench conference:**  Counsel pass jurors for cause.

Plaintiff's challenges:

      100228398
      100201123
      100214207

Defendant's challenges:

      100216290
      100214761
      100238001

10:45 a.m.     Eight jurors selected to try the case:

      100220204
      100219159
      100229976
      100208490
      100210128
      100239996
      100210645
      100235820

Court instructs jurors.  Jurors excused.

**10:52 a.m.**     **Court in recess.**
**11:12 a.m.**     **Court in session.**

Discussion between Court and Mr. Palmeri regarding Order [29].

**ORDERED:**     **MOTION for Ruling Requesting Court Take Judicial Notice of September 22, 2011 Order on Cross Motions for Summary Judgment, [29] by Mr. Palmeri is DENIED.**

Jurors present.

November 27, 2012
10-cv-01911-RPM

Eight jurors sworn to try the case.

11:20 a.m.        Plaintiff's opening statement by Mr. Polk.

11:30 a.m.        Defendant's opening statement by Mr. Palmeri.

11:40 a.m.        Court instructs jurors.

11:41 a.m. - 11:42 a.m.        **Bench conference:** Discussion regarding scheduling.

Court instructs jurors.  Jurors excused.

Discussion regarding exhibits.

**11:45 a.m.        Court in recess.**
**1:00 p.m.        Court in session.**

Jurors present.

1:04 p.m.        Plaintiff's witness, Bruce Mardick, sworn.

Direct examination of Mr. Mardick by Mr. Polk.

**Plaintiff's Exhibits 9, 10, 11, 14, 15 - 26, 27 - 37, and 38 identified, offered, stipulated, and received.**

Court instructs jurors regarding expert/opinion testimony.

2:13 p.m.        Cross examination of Mr. Mardick by Mr. Palmeri.

Reference to Mr. Mardick's expert report.

**Defendant's Exhibit H identified, offered, stipulated, and received.**
Reference to Plaintiff's Exhibit 13 (not offered).
**Plaintiff's Exhibit 12 identified, offered, stipulated, and received.**

Court instructs jurors.  Jurors excused.

**3:00 p.m.        Court in recess.**
**3:15 p.m.        Court in session.**

Jurors present.

3:18 p.m.        Continued cross examination of Mr. Mardick by Mr. Palmeri

3

November 27, 2012
10-cv-01911-RPM

**Defendant's Exhibits B and C identified, offered, stipulated, and received.**

3:25 p.m.          Re-direct examination of Mr. Mardick by Mr. Polk.

Reference to Defendant's Exhibits B and C.

3:37 p.m.          Re-cross examination of Mr. Mardick by Mr. Palmeri.

Court instructs jurors regarding depositions.

Reference to the April 2, 2012 deposition transcript of Bruce Mardick.
Reference to Defendant's Exhibit B.

3:44 p.m.          Plaintiff's witness, Randy Wambsganss, sworn.

Direct examination of Mr. Wambsganss by Mr. Polk.

Reference to Plaintiff's Exhibit 38.
Reference to Defendant's Exhibits B and C.

Court instructs jurors.
Jurors excused until November 28, 2012 at 9:00 a.m.

Court gives counsel a proposed instruction.

**4:30 p.m.          Court in recess.**

Clerk's Note: Redacted strike sheet attached.

Trial continued.  Total time: 6 hrs. 45  mins.