# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                November 28, 2012
Courtroom Deputy:    Sabrina Grimm
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-01911-RPM

GLACIER CONSTRUCTION COMPANY,                           Dennis B. Polk
a Colorado corporation,                                 Heather Hodgson

      Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,         John M. Palmeri
a Connecticut corporation,                              Mary Byrne Fletcher

      Defendant.

_____

## COURTROOM MINUTES
_____

**Trial to Jury - Day Two**

**9:00 a.m.        Court in session.**

Plaintiff's and defendant's client representatives are present.

Court's preliminary remarks.

Jurors present.

9:03 a.m.        Continued direct examination of Mr. Wambsganss by Mr. Polk.

Reference to Plaintiff's Exhibit 12.

9:08 a.m.        Cross examination of Mr. Wambsganss by Mr. Palmeri.

Reference to the April 16, 2012 deposition transcript of Randy Wambsganss.

Reference to Plaintiff's Exhibits 11and 12.
Reference to Defendant's Exhibits C and B.

9:53 a.m.        Re-direct examination of Mr. Wambsganss by Mr. Polk.

November 28, 2012
10-cv-01911-RPM

9:57 a.m.        Re-cross examination of Mr. Wambsganss by Mr. Palmeri.

Reference to the April 16, 2012 deposition transcript of Randy Wambsganss.

10:01 a.m.       Plaintiff's witness, Jennifer Smith, sworn.

Direct examination of Ms. Smith by Mr. Polk.

Reference to Plaintiff's Exhibit 38.
Reference to Defendant's Exhibit C.

Court instructs jurors. Jurors excused.

Discussion regarding scheduling.

**10:38 a.m.       Court in recess.**
**10:53 a.m.       Court in session.**

Jurors present.

10:56 a.m.       Cross examination of Ms. Smith by Ms. Fletcher.

Reference to Plaintiff's Exhibits 12, 38, and 11.
**Plaintiff's Exhibit 13 identified, offered, stipulated, and received.**
Reference to Defendant's Exhibit C.
**Defendant's Exhibit I identified, offered, stipulated, and received.**

11:18 a.m.       Defendant's witness, Craig Tarr, sworn.

Direct examination of Mr. Tarr by Mr. Palmeri.

Witness offered and received to give expert/opinion testimony.
Reference to Plaintiff's Exhibit 11.
Reference to Defendant's Exhibit H.
**Defendant's Exhibit G identified, offered, stipulated, and received.**

Court instructs jurors. Jurors excused.

Court gives counsel its proposed jury instructions.

**12:00 p.m.      Court in recess.**
**1:30 p.m.       Court in session.**

Jurors present.

November 28, 2012
10-cv-01911-RPM

1:32 p.m.         Continued direct examination of Mr. Tarr by Mr. Palmeri.

Court instructs jurors regarding discovery with respect to expert reports.

1:33 p.m. to 1:35 p.m.         **Bench conference:** Argument by Mr. Palmeri and Mr. Polk regarding plaintiff's Rule 26 objection with respect to Mr. Tarr's expert report. Court rules as stated on record (proceed with question).

Reference to Plaintiff's Exhibits 11 and 12.
Reference to Defendant's Exhibits G and H.
**Defendant's Exhibits F, J, K, L, M, and N identified, offered, stipulated, and received.**
**Plaintiff's Exhibit 12a identified, offered, stipulated, and received.**

2:05 p.m.         Cross examination of Mr. Tarr by Mr. Polk.

2:30 p.m.         Re-direct examination of Mr. Tarr by Mr. Palmeri.

Reference to Plaintiff's Exhibit 38.

2:38 p.m.         **Evidence closed.**

Court instructs jurors.
Jurors excused until November 29, 2012 at 9:00 a.m.

Defendant's motions for judgment as a matter of law pursuant to Rule 50 by Ms. Fletcher.
Argument by Ms. Fletcher.

**ORDERED:   Defendant's Motion for Judgment as a Matter of Law Regarding Damages [54] and Defendant's Motion for Judgment as a Matter of Law To Renew Defendant's Motion for Summary Judgment [55] are DENIED.**

Discussion regarding exhibits and proposed instructions.

**2:48 p.m.         Court in recess.**
**3:08 p.m.         Court in session.**

Court reviews proposed instructions and verdict form with counsel.
Counsel state objections and make arguments (Mr. Polk and Mr. Palmeri).
Court makes rulings as stated on record.

Discussion regarding closing arguments.

Clerk's Note: Plaintiff's tendered and refused jury instruction attached.

**3:18 p.m.         Court in recess.**         Trial continued.  Total time: 4 hrs. 48 mins.