**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01911-RPM

GLACIER CONSTRUCTION COMPANY,
a Colorado corporation,

      Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
a Connecticut corporation,

      Defendant.
_____

**JUDGMENT**
_____

      Pursuant to and in accordance with the Order on Cross Motions for Summary Judgment entered by Senior District Judge Matsch on September 22, 2011, incorporated herein by reference, it is

      ORDERED that plaintiff's claim is limited to those costs of repairing and reworking four wells and pumps.

      Pursuant to and in accordance with the Order Granting Summary Judgment entered by Senior District Judge Matsch on May 29, 2012, incorporated herein by reference, it is

      FURTHER ORDERED that defendant's motion for summary judgment is granted and plaintiff's second and third claim for relief are dismissed with prejudice.

      This matter was tried on the remaining claim from November 27, 2012, through November 29, 2012, before an empaneled jury of eight, Senior District Judge Richard P. Matsch presiding. The trial proceeded to conclusion and the jury found the cost of repairing and reworking the four dewatering wells and submersible pumps installed at the Project in May, 2009 was $9,142.25. Accordingly, it is

      FURTHER ORDERED that judgment is entered in favor of plaintiff, Glacier Construction Company and against defendant, Travelers Property Casualty Company of America in the amount of $9,142.25. It is

Civil Action No. 10-cv-01911-RPM
Page 2

FURTHER ORDERED that post judgment interest shall accrue at the legal rate of 0.17% from the date of entry of this judgment. It is

FURTHER ORDERED that Glacier Construction Company shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.

DATED at Denver, Colorado, this 29th day of November, 2012.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: __s/ J. Chris Smith__
    Deputy Clerk