IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01911-RPM

GLACIER CONSTRUCTION COMPANY, a Colorado corporation,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
a Connecticut corporation,

    Defendant.

_____

ORDER GRANTING STIPULATION FOR STAY OF EXECUTION
_____

    Pursuant to the Defendant's Unopposed Motion for Stay of Execution of Judgment Pending Disposition of Post-Trial Motions and Appeal [64] and upon the representation that the parties have stipulated for that stay, it is

    ORDERED that stay of execution pending the appeal is granted.

    DATED: December 21st, 2012

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior Judge