IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01911-RPM

GLACIER CONSTRUCTION COMPANY, a Colorado corporation,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
a Connecticut corporation,

    Defendant.

---

## ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT

On December 14, 2012, the defendant filed a motion pursuant to Fed.R.Civ.P. 59(e) to alter or amend the judgment to reduce it by the policy deductible, a matter not previously raised. It is now

    ORDERED that the motion is denied.

    DATED: December 21st, 2012

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior Judge