IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01911-RPM

GLACIER CONSTRUCTION COMPANY, a Colorado corporation,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
a Connecticut corporation,

    Defendant.

___

ORDER DENYING MOTION FOR ADDITIONAL COSTS
___

    On December 13, 2012, the plaintiff filed a Motion for Costs Not Expressly Allowed for taxation under 28 U.S.C. § 1920 [62].  It is

    ORDERED that the motion is denied.

    DATED: December 21st, 2012

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge